1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DELANCEY,<br><br>           Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA; CLUB GROUP LONG-TERM DISABILITY PLAN; AND DOES 1-10, inclusive,<br><br>           Defendants. | Case No.  8:15CV-02022 CJC KES<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA AND CLUB GROUP LONG-TERM DISABILITY PLAN** |

This matter having come before the Court for a bench trial on January 10, 2017, and the Court having filed its Memorandum of Decision on January 13, 2017, the Court finds that Plaintiff Donald DeLancey's claims for relief against Defendants in this action, arising under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 *et seq*., fail, and therefore Defendants are entitled to judgment in their favor and against Plaintiff.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing, that the action shall be and hereby is DISMISSED with prejudice, and that JUDGMENT be ENTERED in favor of Defendants Liberty Life Assurance

Company of Boston, Automobile Club of Southern California and Club Group Long-Term Disability Plan.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Defendants Liberty Life Assurance Company of Boston, Automobile Club of Southern California and Club Group Long-Term Disability Plan shall recover their costs as the prevailing parties in this action, and Defendants are permitted to make an Application for an Award of Attorneys' Fees under Local Rule 54-10.

**IT IS SO ORDERED**.

Dated: January 31, 2017

_____
Honorable Cormac C. Carney
U.S. District Judge